District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TEWELDE MEDHANEI,<br><br>                Plaintiff,<br><br>    v.<br><br>KIKA SCOTT, *et al.*,<br><br>                Defendants. | Case No. 2:24-cv-02169-JLR<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER<br><br>Noted for Consideration:<br>April 24, 2025 |

      Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until May 27, 2025. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Form I-290B, Notice of Appeal. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until May 27, 2025.

      Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-02169-JLR] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS adjudicated Plaintiff's I-290B in December of 2024. Plaintiff asserts that he did not receive notice of the decision. However, USCIS is reopening and reissuing the Form I-290B. Plaintiff agrees to voluntarily dismiss this case once the Form I-290B is reissued. Accordingly, the parties request that the Court hold the case in abeyance until May 27, 2025. The parties will submit a joint status report on or before May 27, 2025.

DATED this 24th day of April, 2025.

Respectfully submitted,

| | |
|---|---|
| TEAL LUTHY MILLER<br>Acting United States Attorney | CHUNG, MALHAS & MANTEL, PLLC |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (206) 553-7970<br>Fax:    (206) 553-4067<br>Email:  michelle.lambert@usdoj.gov | *s/ Dr. Dima N. Malhas*<br>DR. DIMA N. MALHAS WSBA# 44370<br>Chung, Malhas & Mantel, PLLC<br>1037 NE 65th Street, Ste. 80171<br>Seattle, Washington 98115<br>Phone: 206-264-8999<br>Email:  dmalhas@cmmlawfirm.com<br>*Attorneys for Plaintiff* |
| *Attorneys for Defendants* | |

*I certify that this memorandum contains 267 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-02169-JLR] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**[PROPOSED] ORDER**

The case is held in abeyance until May 27, 2025. The parties shall submit a joint status report on or before May 27, 2025. It is so **ORDERED**.

DATED this 24th day of April, 2025.

                                                JAMES L. ROBART
                                                United States District Judge

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-02169-JLR] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800