District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TEWELDE MEDHANEI,<br><br>            Plaintiff,<br><br>     v.<br><br>KIKA SCOTT, *et al.*,<br><br>            Defendants. | Case No. 2:24-cv-02169-JLR<br><br>STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER<br><br>Noted for Consideration:<br>May 27, 2025 |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Form I-290B, Notice of Appeal. USCIS has reopened Plaintiff's I-526 Petition and reissued Form I-290B, Notice of Appeal or Motion, on April 25, 2025, allowing Plaintiff 33 days to respond.

//

//

STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER
[Case No. 2:24-cv-02169-JLR] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1 | DATED this 27th day of May, 2025.

2 | Respectfully submitted,

3 | TEAL LUTHY MILLER  	CHUNG, MALHAS & MANTEL, PLLC
Acting United States Attorney

4

*s/ Michelle R. Lambert*  	*s/ Dr. Dima N. Malhas*
5 | MICHELLE R. LAMBERT, NYS #4666657  	DR. DINA N. MALHAS, WSBA# 44370
Assistant United States Attorney  	Chung, Malhas & Mantel, PLLC
6 | United States Attorney's Office  	1037 NE 65th Street, Ste. 80171
Western District of Washington  	Seattle, Washington 98115
7 | 1201 Pacific Avenue, Suite 700  	Phone: 206-264-8999
Tacoma, Washington 98402  	Email: dmalhas@cmmlawfirm.com
8 | Phone: (206) 553-7970
Fax:    (206) 553-4067  	*Attorney for Plaintiff*
9 | Email: michelle.lambert@usdoj.gov

10 | *Attorneys for Defendants*

11 | *I certify that this memorandum contains 85 words, in compliance with the Local Civil Rules.*

12

13

14

15

16

17

18

19

20

21

22

23

24

**[PROPOSED] ORDER**

The case is dismissed without prejudice. <u>The Clerk is DIRECTED to close this case.</u> It is so **ORDERED**.

DATED this 27th day of May, 2025.

*[signature]*

JAMES L. ROBART
United States District Judge

STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER
[Case No. 2:24-cv-02169-JLR] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800